THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAFNI MARIE CROSSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. C12-0501-JCC<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

　　　This matter comes before the Court on the stipulated motion of the parties (Dkt. No. 18) and the Report and Recommendation of James P. Donohue, United States Magistrate Judge (Dkt. No. 19). The Court, after careful consideration of the plaintiff's complaint (Dkt. No. 3), the Report and Recommendation, and the balance of the record, does hereby find and ORDER:

　　　(1) The Court adopts the Report and Recommendation.

　　　(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

　　　(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

　　　DATED this 20th day of August 2012.

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PAGE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

PROCEEDINGS
PAGE - 2